IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT N. SANGER,

    Petitioner,

  v.

JAMES A. YATES, Warden,

    Respondent.
                                           /

No. C 09-01474 SBA (PR)

**JUDGMENT**

    Pursuant to the Court's Order Granting Respondent's Motion to Dismiss; and Denying Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

    IT IS SO ORDERED.

DATED: 9/1/10

                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT N. SANGER,

        Plaintiff,

  v.

JAMES A. YATES et al,

        Defendant.

Case Number: CV09-01474 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Neal Sanger T-18274
Pleasant Valley State Prison
P.O. Box 8504
Coalinga, CA 93210

Dated: September 2, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Sanger1474.jud.wpd    2